UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANCORPSOUTH BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CV590 HEA |
| | ) |
| HAZELWOOD LOGISTICS CENTER, LLC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Murphy Property Tax Consulting, Inc.'s ("MPT") Motion to Intervene as of Right and for an Order Releasing Certain Funds [Doc. #53]. MPT moves to intervene in this action because it performed work to procure real estate tax refunds that are now currently part of the corpus of Plaintiff Bancorpsouth Bank's ("Plaintiff") prejudgment writ of attachment that the Court issued on August 6, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that MPT's Motion to Intervene is **GRANTED.**

**IT IS FURTHER ORDERED** that MPT's request for an order releasing certain funds is **DENIED** at this time, without prejudice.

**IT IS FURTHER ORDERED** that Intervenor MPT submit a motion and pleading pursuant to requirements laid out in Fed.R.Civ.P. (7a) and Fed.R.Civ.P. 24.

Dated this 21st day of December, 2010.

                                        HENRY EDWARD AUTREY
                                      UNITED STATES DISTRICT JUDGE