UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANCORPSOUTH BANK, | ) |
| Plaintiff, | ) |
| v. | ) No.  4:10CV590-HEA |
| HAZELWOOD LOGISTICS CENTER, LLC, et al., | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that, judgment is entered in favor of Plaintiff and against Defendants Hazelwood Logistics Center LLC f/k/a Hazelwood Commerce Center LLC, Hazelwood Commerce Redevelopment Corporation, and Paul J.  McKee Jr., individually and as Trustee of the Paul J.  McKee Jr. Revocable Trust.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED**  that judgment is entered in favor of Plaintiff BancorpSouth Bank and against Intervenor Murphy Property Tax Consulting, Inc.

Dated this 23rd day of November, 2011.

/s/ Henry Edward Autrey
_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE