UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BANCORPSOUTH BANK<br>a Mississippi Banking Corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>HAZELWOOD LOGISTICS CENTER,<br>LLC.,<br><br>       Defendant. | No.  4:10CV590-HEA |

## **ORDER**

On November 23, 2011, The Court entered an Order [Doc# 123] granting Plaintiff BancorpSouth Bank's Motions for Summary Judgment against Defendants Hazelwood Logistics Center LLC, Hazelwood Commerce Redevelopment Corporation, Paul J. McKee Jr., individually and as Trustee of the Paul McKee Jr. Revocable Trust and Intervenor Murphy Property Tax Consulting, Inc.  Subsequently, Plaintiff BancorpSouth Bank filed a Motion to Alter or Amend Judgment to reflect that it be awarded $31,185,199.47–the specific dollar amount of the Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that the terms of The Court's original Memorandum and Order [Doc#123] remain the same, and Plaintiff BancorpSouth

Bank shall be awarded $31,785,199.47 against Defendants Hazelwood Logistics Center LLC, Hazelwood Commerce Redevelopment Corporation and Paul J. McKee Jr., individually and as Trustee of the Paul McKee Jr. Revocable Trust.

Dated this 6th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE